ORDR
Steven L. Morris, Esq.
Nevada Bar No. 7454
WOODBURY, MORRIS & BROWN
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
(702) 933-0777
slmorris@wmb-law.net
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENN ALEXANDER BASS,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HARRIS, TITAN INTERNATIONAL USA, JOHN BRAFF d/b/a L.A. ASSOCIATES, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>    Defendants. | CASE NO.: 2:11-cv-01017-JCM-GWF<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND COUNTERMOTION TO COMPEL ARBITRATION** |

Plaintiff GLENN ALEXANDER BASS having filed his Motion for Preliminary Injunction by and through his counsel of record, Matthew Q. Callister, Esq. and Defendants JAMES HARRIS, TITAN INTERNATIONAL USA, and JOHN BRAFF having filed their Response, Opposition and Counter Motion to Compel Arbitration by and through their counsel of record, Steven L. Morris, Esq.; and this Court having convened on October 6, 2011 for hearing on said Motions, the Court having reviewed the papers on file and considering the Motions on their merits, the Court being fully advised, and good cause appearing, the Court finds as follows:

Plaintiff has not met his burden of proof with respect to establishing the following elements: (1) the threat of irreparable injury, (2) a reasonable likelihood of success on the merits, (3) the advancement of public interest by granting the relief requested. Furthermore,

1 while Defendants entitled their Response as an Opposition and Counter motion to Compel
2 Arbitration, Defendants did not provide any points and authorities in support of the Counter
3 motion

4 Wherefore, it is hereby

5 ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Preliminary
6 Injunction is denied, without prejudice; it is further

7 ORDERED, ADJUDGED, AND DECREED that Defendants' Counter Motion to
8 Compel Arbitration is denied.

9 IT IS SO ORDERED.

10 Dated this __18th__ day of October 2011.

_____
JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

WOODBURY, MORRIS & BROWN

 /s/ Steven L. Morris
Steven L. Morris, Esq.
Nevada Bar No. 7454
701 North Green Valley Parkway
Henderson, Nevada 89074
*Attorneys for Defendants*