# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENN ALEXANDER BASS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES HARRIS, et al.,<br><br>　　　　　Defendants. | 2:11-CV-1017 JCM (GWF) |

**ORDER**

Presently before the court is defendants John Braff, et. al.'s counter motion to amend/correct pleadings to assert counterclaim. (Doc. #33). Defendants filed a copy of their proposed counterclaim. (Doc. #32). Plaintiff Glen Alexander Bass filed an opposition. (Doc. #35). Defendants then filed a reply. (Doc. #36).

Pursuant to the October 19, 2011, scheduling order, the deadline for motions to amend pleadings and add parties was December 6, 2011. (Doc. #23). On March 8, 2012, plaintiff filed a motion to extend deadlines. (Doc. #29). Defendants filed a response to this motion (doc. #31), and filed the instant counter motion to amend/correct pleadings (doc. #33). Magistrate Judge Carl Hoffman granted plaintiff's motion to extend deadlines at a hearing on March 26, 2012. (Doc. #34).

The instant motion asserts that plaintiff's motion to extend deadlines changed all of the applicable dates except the deadline to amend pleadings or add parties. (Doc. #33). Thus, defendants state that the deadline for amending pleadings should be changed along with the other deadlines, and the court should grant defendants' motion to amend the pleadings or defendants will

**James C. Mahan**
**U.S. District Judge**

1  be prejudiced in this matter. (Doc. #33).

2       In response, plaintiff argues that the instant motion to amend is dilatory, prejudicial, and
3  futile. Plaintiff argues that any possible counterclaims were known to the defendants when plaintiff
4  filed this suit on June 21, 2011. (Doc. #35). Further, the original scheduling order stated that any
5  motion to amend must be filed by December 6, 2011. Thus, defendants have substantially delayed
6  and amendment is not appropriate. Further, plaintiff argues that he would be prejudiced by
7  amendment, because the deposition of James Harris has already been concluded and the time frame
8  to promulgate new written discovery has expired. (Doc. #35). Accordingly, plaintiff would not have
9  an opportunity to defend himself against the proposed counterclaims. (Doc. #35). Finally, plaintiff
10 argues that one of the proposed counterclaims, the abuse of process claim, is futile, and amendment
11 should not be granted. (Doc. #35).

12      Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend "shall be freely given
13 when justice so requires." Absent a showing of an "apparent reason" such as undue delay, bad faith,
14 dilatory motive, prejudice to the defendants, futility of the amendments, or repeated failure to cure
15 deficiencies in the complaint by prior amendment, it is an abuse of discretion for a district court to
16 refuse to grant leave to amend a complaint. *Moore v. Kayport Package Express, Inc.*, 885 F.2d 531,
17 538 (9th Cir. 1989).

18      The court finds that there is good cause to grant defendants' counter motion to amend/correct
19 pleadings to assert counterclaim. *See* FED. R. CIV. P. 16(b)(4); FED. R. CIV. P. 15(a). The proposed
20 counterclaims all arise out of the same contractual agreements in dispute in the complaint and should
21 be adjudicated in the same case. Magistrate Judge Hoffman granted plaintiff's motion to extend
22 deadlines, and it is appropriate to extend the deadline to amend pleadings as well. While discovery
23 has closed, plaintiff may move to reopen discovery on the narrow issue of the proposed
24 counterclaim. Further, the close of discovery was very recent, April 27, 2012, so plaintiff would not
25 be prejudiced by any additional limited discovery. Therefore, the court finds that there is no apparent
26 reason to deny the motion to amend. *See Moore*, 885 F.2d at 538.

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants John Braff, et. al.'s counter motion to amend/correct pleadings to assert counterclaim (doc. #33) be, and the same hereby is, GRANTED. Defendant shall file the proposed counterclaim (doc. #32) with the court within 7 days of entry of this order.

DATED April 30, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 3 -