**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
mqc@call-law.com
**BROOKE A. BOHLKE, ESQ**
Nevada Bar No. 09374
bab@call-law.com
**CALLISTER + ASSOCIATES, LLC**
823 Las Vegas Boulevard South, Fifth Floor
Las Vegas, NV 89101
Telephone No.:(702) 385-3343
Facsimile No.: (702) 385-2899
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLEN ALEXANDER BASS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HARRIS, an individual, TITAN INTERNATIONAL USA, INC, a Nevada Corporation; JOHN BRAFF d/b/a L.A. ASSOCIATES, an individual, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:11-cv-01017-JCM-GWF<br><br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| TITAN INTERNATIONAL USA, INC.; JAMES HARRIS; AND JOHN BRAFF,<br><br>Counterclaimants,<br><br>vs.<br><br>GLENN ALEXANDER BASS; DOES I through X, inclusive.<br><br>Counterdefendants. | |

It is hereby stipulated by and between Plaintiff/Counterdefendant Glen Alexander Bass, an individual, by and through counsel of record the Brooke A. Bohlke, Esq. Of the law firm of Callister + Associates, LLC, and Defendants/Counterclaimants James Harris, an individual, Titan International USA, Inc, a Nevada Corporation; John Braff d/b/a L.A. Associates, an individual by and through counsel

CALLISTER + ASSOCIATES
823 Las Vegas Blvd., South
Fifth Floor
Las Vegas, Nevada  89101
(702) 385-3343

T:\Bass v. Titan\Pleadings\SAO Dismiss.wpd

1  of record, Steven L. Morris, Esq. of the law offices of Grant, Morris, Dodds, that Case No. 2:11-cv-
2  01017-JCM-GWF may be dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this ___ day of June 2013.          DATED this ___ day of June 2013.

**CALLISTER + ASSOCIATES, LLC**           **GRANT, MORRIS, DODDS**

/s/ Brooke A. Bohlke, Esq.                /s/ Steven L. Morris, Esq.
BROOKE A. BOHLKE, ESQ.                    STEVEN L. MORRIS, ESQ.
Nevada Bar No. 09374                      Nevada bar No. 07454
823 Las Vegas Blvd. South, 5th Floor      2520 St. Rose Parkway, Suite 319
Las Vegas, NV 89101                       Henderson, NV 89074
bab@call-law.com                          steve@gmdlegal.com

**IT IS SO ORDERED**.

_____
U.S. DISTRICT COURT JUDGE

DATED July 1, 2013.

CASE NO.: 2:11-cv-01017-JCM-GWF

CALLISTER + ASSOCIATES
823 Las Vegas Blvd., South
Fifth Floor
Las Vegas, Nevada  89101
(702) 385-3343

Page 2 of 2                T:\Bass v. Titan\Pleadings\SAO Dismiss.wpd