MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@call-law.com
MITCHELL S. BISSON, ESQ
Nevada Bar No. 011920
mbisson@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Boulevard South, Third Floor
Las Vegas, NV 89101
Telephone No.:(702) 385-3343
Facsimile No.: (702) 385-2899
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLEN ALEXANDER BASS, an individual,<br><br>Plaintiff,<br>vs.<br><br>JAMES HARRIS, an individual, TITAN INTERNATIONAL USA, INC, a Nevada Corporation; JOHN BRAFF d/b/a L.A. ASSOCIATES, an individual, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:11-cv-01017-JCM-GWF<br><br>**JUDGMENT** |
| ALL RELATED MATTERS. | |

The Court having considered and granted the Plaintiff's Motion to Enforce Settlement Agreement and Reduce to Judgment, hereby enters the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff GLEN ALEXANDER BASS has judgment against TITAN INTERNATIONAL USA, INC., a Nevada corporation, as follows:

(1) Damages stemming from breach of settlement agreement     $100,000.00

(2) Prejudgment interest at a rate of 5.25%     $8,469.82

TOTAL JUDGMENT:     $108,469.82

/.../.../

CALLISTER & ASSOCIATES
823 Las Vegas Blvd., South
Third Floor
Las Nevada 89101
(702) 385-3343

\\CANDA-DOCS\canda-docs\docs\docs\Bass v. Titan\Pleadings\Judgment.wpd

IT IS FURTHER ORDERED that Plaintiff recover post-judgment interest at the statutory rate until paid in full.

DATED February 5, 2015.

_____
U.S. DISTRICT COURT JUDGE

Prepared and submitted by
**CALLISTER & ASSOCIATES**

**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
**MITCHELL S. BISSON, ESQ**
Nevada Bar No. 011920
823 Las Vegas Blvd. South, Third Floor
Las Vegas, Nevada 89101

CALLISTER & ASSOCIATES
823 Las Vegas Blvd., South
Third Floor
Las Vegas, Nevada 89101
(702) 385-3343

Page 2 of 2   \\CANDA-DOCS\canda-docs\docs\docs\Bass v. Titan\Pleadings\Judgment.wpd